THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., Plaintiff, | NO. C17-919-RSL |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| FERGUSON ENTERPRISES, INC., a Virginia corporation, Defendant. | |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, Pedersen, McCarthy & Ballew, L.L.P., attorneys for Plaintiff, and Michael A. Moore and David B. Edwards of Corr Cronin Michelson Baumgardner Fogg & Moore LLP, attorneys for Defendant, Ferguson Enterprises, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this ___ day of _____, 2017.

REID, McCARTHY, BALLEW &
LEAHY, L.L.P.

_____
Russell J. Reid, WSBA #2560
Attorney for Plaintiff

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE
LLP

_____
Michael A. Moore, WSBA #27047
David B. Edwards, WSBA No. 44680
Attorney for Defendant

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C17-919-RSL
Page 1 of 2
O:\01-01999\412\Ferguson Enterprises Inc. 203478 eto 1-14-12-15\Stip Dismissal.docx

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 1st day of Nov., 201_.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted for Entry:

REID, McCARTHY, BALLEW &
LEAHY, L.L.P.

By _____
Russell J. Reid, WSBA #2560
Attorneys for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C17-919-RSL
Page 2 of 2
G:\01-01999\412\Ferguson Enterprises Inc. 20147\ cto 1-14-12-15\Stip Dismissal.docx

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925